JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JENNIFER I. ORTIZ, an individual, | Case No. 13-cv-00698-R-JEM |
| Plaintiff, | (Assigned for all purposes to the Hon. Manuel L. Real in Dept. 217/Room 8) |
| vs. | **JUDGMENT** |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1000 (SEIU), a non-profit corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

This action came on for hearing before the Court, on April 7, 2014, Hon. Manuel L. Real, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having

Printed on Recycled Paper
2578096

1   been duly heard and a decision having been duly rendered,

2       IT IS ORDERED AND ADJUDGED that Plaintiff Jennifer I. Ortiz take

3   nothing, that the action be dismissed on the merits, and that Defendant Service

4   Employees International Union Local 1000 recover its costs.

5

6   DATED: May 7, 2014

7                                                     _____

8                                                     Hon. Manuel L. Real

9                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

Printed on Recycled Paper
2578096